**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **PASCALINE WELISANE ITOE** | **CIVIL DOCKET NO. 3:26-CV-624-P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **US IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE WHITEHURST** |

**MEMORANDUM ORDER**

Before the Court is a petition for writ of habeas corpus filed by pro se petitioner Pascaline Welisane Itoe, ("Petitioner"), pursuant to 28 U.S.C. §2241. Petitioner is an immigration detainee at the Richwood Correctional Center in Monroe, Louisiana. Petitioner seeks her release from detention and any other appropriate relief.

A court may order a respondent to file an answer, motion, or other response, in its discretion. See generally 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; Danforth v. Minnesota, 552 U.S. 264, 278 (2008); Maniar v. Warden Pine Prairie Corr. Ctr., 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018).

Accordingly, to determine whether Petitioner is entitled to relief;

**THE CLERK IS DIRECTED** to serve a summons, a copy of the Petition (Doc. 1), and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States

Attorney General; (3) DHS/ICE through its Office of General Counsel; and by regular mail on (4) the Warden where Petitioner is detained.

**IT IS ORDERED** that a Response be filed within **28 days** following the date of service.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' answer to reply.

After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

**THUS DONE AND SIGNED**, in chambers on this 22nd day of June 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE