**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **PASCALINE WELISANE ITOE** | **CASE NO. 3:26-CV-624 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **US IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner Pascaline Welisane Itoe is **DENIED** and **DISMISSED** without prejudice. **IT IS FURTHER ORDERED** that Petitioner Pascaline Welisane Itoe's claims concerning her conditions of confinement are **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 29th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**